UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                              :
:
:  Case No. 8:19-cv-00971-NAM-ML
Plaintiff,                         :
:
vs.                                                              :
:
JOHN DOE subscriber assigned IP address                          :
67.249.161.44,                                                   :
:
Defendant.                         :
---------------------------------------------------------------X

**ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

THIS CAUSE came before the Court upon Plaintiff's Second Motion for Extension of Time Within Which it Has to Serve John Doe Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until February 7, 2020, to effectuate service of a summons and Complaint upon John Doe Defendant.

SO ORDERED this 6th day of January, 2020

By: _____
Miroslav Lovric
U.S. Magistrate Judge

1